IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| **JOE BELL; RICKY BRATCHER; BILLY RAY BROWN; CLARKE DENTON; TONY DENTON; CHARLES DUBOSE; ROGER EASTERLING; CHRIS FORTENBERRY; ANGIE GAINEY; BRENDA GUY; LARRY HARRELL; JAMES M<sup>c</sup>INTOSH; RONNIE MILEY; HAROLD NELSON; WESLEY ODOM; BILLY JOE POWELL; CHARLES RAWSON; EDWARD G. SADOWSKI; MARY SESSUMS; C. H. THAMES; KEITH WARE; and JOE MASSEY** | **PLAINTIFFS** |
| **VS.** | **CIVIL ACTION NO. 3:08-cv-00697 WHB/LRA** |
| **KOCH FOODS OF MISSISSIPPI, LLC** | **DEFENDANT** |

### KOCH FOODS OF MISSISSIPPI, LLC'S MOTION TO STAY PROCEEDINGS AND COMPEL ARBITRATION

For the reasons stated in the accompanying Memorandum of Authorities, Defendant Koch Foods of Mississippi, LLC respectfully requests that this Court stay all proceedings in this action and compel the Plaintiffs to submit their claims to arbitration where the arbitrators will determine the extent to which Plaintiffs' claims are subject to the arbitration clause.

THIS the 29th day of December, 2008.

    Respectfully submitted,

    KOCH FOODS OF MISSISSIPPI, LLC

    By Its Attorneys,
    BAKER, DONELSON, BEARMAN, CALDWELL
    & BERKOWITZ, P.C.

    By:  */s/Scott W. Pedigo*

- 2 -

Scott W. Pedigo (MSB No. 10735)
Everett E. White (MSB No. 101875)
BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
MAILING: Post Office Box 14167
Jackson, Mississippi 39236-4167
PHYSICAL: 4268 I-55 North, Meadowbrook Office Park
Jackson, Mississippi 39211-6391
*Telephone*: (601) 351-2400
*Telecopier*: (601) 351-2424

# CERTIFICATE OF SERVICE

I certify that on December 29, 2008, I electronically filed the foregoing *Koch Foods of Mississippi, LLC's Motion to Stay Proceedings and Compel Arbitration* with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

>T. Mark Sledge, Esq.
>GRENFELL, SLEDGE & STEVENS
>Post Office Box 16570
>Jackson, Mississippi 39236-6570
>tmshunts@aol.com
>
>J. Dudley Butler, Esq.
>BUTLER FARM AND RANCH LAW GROUP, PLLC
>Post Office Box 830
>Canton, Mississippi 39046-0830
>jdudley@farmandranchlaw.com
>
>**COUNSEL FOR PLAINTIFFS**
>
>Louis H. Watson, Jr., Esq.
>LOUIS H. WATSON, JR., PA
>520 East Capitol Street
>Jackson, Mississippi 39201-2703
>louis@louiswatson.com
>
>**COUNSEL FOR CHRIS FORTENBERRY**

                                                            */s/Scott W. Pedigo*