IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JOE BELL; RICKY BRATCHER; BILLY RAY BROWN;
CLARK DENTON; TONY DENTON; CHARLES DUBOSE;
ROGER EASTERLING; CHRIS FORTENBERRY;
ANGIE GAINEY; BRENDA GUY; LARRY HARRELL;
JAMES McINTOSH; RONNIE MILEY; HAROLD NELSON;
WESLEY ODOM; BILLY JOE POWELL; CHARLES RAWSON;
EDWARD G. SADOWSKI; MARY SESSUMS; C.H. THAMES;
KEITH WARE; and JOE MASSEY                                      PLAINTIFFS

VS.                              CIVIL ACTION NO. 3:08-cv-697-WHB-LRA

KOCH FOODS OF MISSISSIPPI, LLC                                   DEFENDANT

## FINAL JUDGMENT

In accordance with the May 5, 2009, Opinion and Order of the Court, which granted the Motion of Defendant Koch Foods of Mississippi, LLC, to Compel Arbitration, and ordered the plaintiffs to arbitrate all of their claims, this case is dismissed without prejudice. Any party may move to re-open this case if further judicial intervention is necessary to enforce the rulings of this Court, or to enforce the rulings of the arbitrators.

SO ORDERED this the 7th day of May, 2009.

                                        s/William H. Barbour, Jr.
                                        UNITED STATES DISTRICT JUDGE